```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 10740
    LARKIN JONES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1721


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/15/2007 and was confirmed 07/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
BAYVIEW LOAN SERVICING     CURRENT MORTG        .00              .00            .00
BAYVIEW LOAN SERVICING     MORTGAGE ARRE        .00              .00            .00
CHARTER ONE MORTGAGE       CURRENT MORTG        .00              .00            .00
DIRECTV                    UNSEC W/INTER  NOT FILED              .00            .00
AMEX                       UNSEC W/INTER  NOT FILED              .00            .00
FOUNDATION EMERGENCY SER   UNSEC W/INTER  NOT FILED              .00            .00
ST BERNARDS EMERGENCY SV   UNSEC W/INTER  NOT FILED              .00            .00
CHASE BANK USA             UNSEC W/INTER     5807.37           170.89        1282.95
B-REAL LLC                 UNSEC W/INTER     7377.43           166.34        1629.80
DISCOVER FINANCIAL SERVI   UNSEC W/INTER     5217.73           153.52        1152.69
UNIVERSITY RADIOLOGY       UNSEC W/INTER  NOT FILED              .00            .00
JAMES E BECKETT MD         UNSEC W/INTER  NOT FILED              .00            .00
KOHLS                      UNSEC W/INTER  NOT FILED              .00            .00
CHICAGO IMAGING            UNSEC W/INTER  NOT FILED              .00            .00
TRINITY HOSPITAL           UNSEC W/INTER      568.46            11.28         125.58
DIRECTV INC                UNSEC W/INTER  NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER  NOT FILED              .00            .00
MCI WORLDCOM               UNSEC W/INTER  NOT FILED              .00            .00
T MOBILE                   UNSEC W/INTER  NOT FILED              .00            .00
UNITED CONSUMER FINANCIA   UNSEC W/INTER      240.96             4.79          53.23
AUTO DYNASTY AUTO REPAIR   NOTICE  ONLY   NOT FILED              .00            .00
FASHION DYNASTY BOUTIQUE   NOTICE  ONLY   NOT FILED              .00            .00
HAIR 2001 BEAUTY SHOP      NOTICE  ONLY   NOT FILED              .00            .00
HOT & MILE RESTAURANT      NOTICE  ONLY   NOT FILED              .00            .00
OC SMOTHERS & NAETTE SAN   NOTICE  ONLY   NOT FILED              .00            .00
SHO TIME BARBER SHOP       NOTICE  ONLY   NOT FILED              .00            .00
STAR TREK BEAUTY SUPPLY    NOTICE  ONLY   NOT FILED              .00            .00
URBAN CELLULAR             NOTICE  ONLY   NOT FILED              .00            .00
WESLEY PARKS               NOTICE  ONLY   NOT FILED              .00            .00
AMERICAN EXPRESS TRAVEL    UNSEC W/INTER      329.05             6.52          72.70
CDA PONTIAC                UNSEC W/INTER     1134.00            22.51         250.52
CHANA WILSON               UNSEC W/INTER     2680.00            76.37         592.05

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10740 LARKIN JONES
```

```
LEGAL HELPERS PC         DEBTOR ATTY    2,000.00                    2,000.00
TOM VAUGHN               TRUSTEE                                      574.84
DEBTOR REFUND            REFUND                                     1,353.42

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  9,700.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       5,159.52
    INTEREST                                      612.22
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              574.84
DEBTOR REFUND                                   1,353.42
                       ---------------    ---------------
TOTALS                   9,700.00               9,700.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE